# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 JAN 22 PM 4:07
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: MTR  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JUAN OMAR MARROQUIN-ISLAS,<br><br>　　　　　　　　Defendant. | CASE NO. 09CR4515-BTM<br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

____　the Court has granted the motion of the Government for dismissal; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

____　of the offense(s) of:

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 22, 2010

　　　　　　　　　　　　　　　　　　　　　　NITA L. STORMES
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE


ENTERED ON _____

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 09CR4515-BTM |
| --- | --- | --- |
| vs | ) | ABSTRACT OF ORDER |
| Juan Omar Marroquin-Islas | ) | Booking No. 17525298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __January 22, 2010__ the Court entered the following order:

☐ Defendant be released from custody.

☐ Defendant placed on supervised / unsupervised probation / supervised release.

☐ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

☐ Defendant released on $_____ bond posted.

☐ Defendant appeared in Court. FINGERPRINT & RELEASE.

☐ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

☐ Defendant sentenced to TIME SERVED, supervised release for _____ years.

☐ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

☐ Bench Warrant Recalled.

☐ Defendant forfeited collateral.

✓ Case Dismissed.

☐ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. Dft. was Indicted in 10CR114-BTM

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR., Clerk
by
_G. Perrault_
Deputy Clerk

Received _____
DUSM

Crim-9   (Rev 6-95)   ☆ U.S. GPO: 1996-783-398/40151

G. PERRAULT

CLERKS' COPY